Swift *v.* Slevin and Others.

*J. M. Flagg,* for the appellants.

---

SWIFT *v.* SLEVIN and Others.

APPEAL from the *Dearborn* Common Pleas.

*Per Curiam.*—The appellees, who were the plaintiffs, sued *Swift* upon a note for 422 dollars. It appears, by the record, that the defendant, at the *June* term of said Court, was duly called and defaulted, and judgment by default regularly entered against him. But no motion to set aside the default appears to have been made in the lower Court, hence the case is not properly before this Court.

The judgment is affirmed, with 5 per cent. damages and costs.

*Henry Swift,* for the appellant.

*J. S. Scobey,* for the appellees.